**SLIP OP. 03-87**

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:

| | |
|---|---|
| FORMER EMPLOYEES OF ARAN MOLD & DIE CO., INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES SECRETARY OF LABOR, )<br><br>Defendant. ) | Court No. 03-00362 |

## ORDER

Upon consideration of defendant's unopposed motion for voluntary remand, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that this action is remanded to the United States Department of Labor to conduct an additional investigation and to make a redetermination as to whether plaintiffs are eligible for certification for Trade Adjustment Assistance; and it is further

ORDERED that remand results shall be filed no later than 60 days after the date of this order; and it is further

ORDERED that plaintiffs shall file papers with the Court indicating whether they are satisfied or dissatisfied with the

remand results no later than 60 days after the remand results are filed with the Court.

Dated: July 17 , 2003
New York, N.Y.

/S/        Judith M. Barzilay
                Judge